IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| DARIUS MILES, | ) BK  16-30876 |
| | ) |
| Debtor(s). | ) |

**NOTICE OF TRUSTEE'S INTENT TO SELL PERSONAL PROPERTY BY PUBLIC AUCTION**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the trustee, Donald M. Samson, intends to sell the following described personal property of the estate by public auction on Wednesday, December 14, 2016, 5:30 p.m., at the Belle-Clair Fairgrounds & Expo Center, 200 S. Belt E., Belleville, IL  62220:

> Household goods and furnishings including large screen TVs, firearms, sports memorabilia including autographed LeBron James jersey and autographed Mark McGwire bat, play station and Xbox consoles, approximately 1,000 CDs and DVDs.

The auction will be conducted by Auction Associates, Highland, Illinois.  The assets will be sold to the highest bidder.  There will be a 10% buyer premium added to the highest bid.  The terms of the sale will be cash at the time of sale.

A copy of the Order shortening to fourteen (14) days the time for filing objections is attached.

**ANY OBJECTION TO THE ALLOWANCE OF SAID SALE MUST BE IN WRITING AND FILED WITH DECEMBER 6 , 2016**, with a copy to the trustee, Donald M. Samson, 226 West Main Street, Ste. 102, Belleville, IL  62220.

If no objections are filed within the time set in this notice, said sale will be allowed.

In the event that written objections are submitted within the time provided in this notice, a hearing on said objections will be held on **DECEMBER 13, 2016, at 9:00 a.m.**, U.S. Bankruptcy Court, Melvin Price U.S. Courthouse, 750 Missouri Avenue, East St. Louis, Illinois.

DATE:  11/22/16

/s/ Donald M. Samson
DONALD M. SAMSON, Trustee
226 West Main Street, Ste., 102
Belleville, IL  62220
618-235-2226

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 22nd day of November, 2016, a copy of the foregoing document, Notice of Trustee's Intent to Sell by Consignment Sale, was served upon the following either electronically or by first class mail, postage prepaid:

SEE ATTACHED MAILING MATRIX

Mr. Virgil Straeter
Auction Associates
R.R. 2
P.O. Box 435
Highland, IL  62249

Robert E. Eggmann
Carmody MacDonald PC
120 S. Central Ave., Ste. 1800
St. Louis, MO  63105

Mr. Darius Miles
1906 Llewellyn
Belleville, IL  62223

U.S. Trustee
Becker Bldg. Rm. 1100
401 Main St.
Peoria, IL  61602

/s/ Donald M. Samson
Donald M. Samson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0754-3<br>Case 16-30876-lkg<br>Southern District of Illinois<br>East St Louis<br>Tue Nov 22 14:05:03 CST 2016 | ADT Security Services<br>P O Box 371878<br>Pittsburgh, PA 15250-7878 | AT&T<br>P O Box 5080<br>Carol Stream, IL 60197-5080 |
| AT&T Mobility<br>P O Box 536216<br>Atlanta, GA 30353-6216 | Alexa L. Goutos, Esq.<br>Dussias Skallas LLP<br>250 South Wacker Drive, Suite 600<br>Chicago, IL 60606-5837 | Ameren Illinois<br>2105 E State Route 104<br>Pawnee, IL 62558-4685 |
| Ameren Illinois<br>P O Box 88034<br>Chicago, IL 60680-1034 | Aronberg Goldgehn<br>330 North Wabash Avenue<br>Suite 1700<br>Chicago, IL 60611-7765 | Arthurjameeia M. R. Moore<br>C/O Alexa L. Goutos, Esq.<br>Dussias Skallas LLP<br>250 South Wacker Dr., Suite 600<br>Chicago, IL 60606-5837 |
| BV Capital LLC<br>200 N. Hanley Rd.<br>Suite 1040<br>St. Louis, MO 63105 United States | BV Capital LLC<br>200 S. Hanley Rd.<br>Suite 1040<br>St. Louis, MO 63105-3496 | BV Capital LLC<br>Steven M Hamburg<br>120 S Central Ave<br>St Louis, MO 63105-1705 |
| BV Capital, LLC<br>C/O Herbert A. Rosenthal, Esq.<br>5101 Wisconson Ave.<br>Washington, DC 20016-4120 | Charles Blanquart<br>111 E Main St<br>Belleville, IL 62220-1606 | Burton A. Gross, Esq.<br>100 N LaSalle Street, Suite 2400<br>Chicago, IL 60602-3512 |
| Citibank<br>Processing Center<br>Des Moines, IA 50363-0001 | Carol DeRossett<br>Coldwell Banker Brown Realtors<br>1928 Lebanon Ave<br>Belleville, IL 62221-2552 | Donneisha Jackson<br>2819 Grand Slam Dr<br>O'Fallon, MO 63366-4660 |
| Donneisha Jackson<br>C/O Michael Schechter, Esq.<br>8000 Maryland Ave., Suite 950<br>Saint Louis, MO 63105-3912 | Robert E Eggmann<br>Carmody MacDonald PC<br>120 S Central Ave<br>Suite 1800<br>St Louis, MO 63105-1726 | Family Support Payment Center<br>P O Box 19002<br>Jefferson City, MO 65310 |
| Steven M Hamburg<br>Muhm and Reilly<br>120 S Central Ave<br>Suite 1600<br>St Louis, MO 63105-1798 | IC System Inc<br>P O Box 64378<br>Saint Paul, MN 55164-0378 | Illinois American Water<br>P O Box 94551<br>Palatine, IL 60094-4551 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kerri Laing<br>30 North LaSalle St<br>Suite 3400<br>Chicago, IL 60602-3337 |
| Kramon & Graham, P.A.<br>One South Street<br>Suite 2600<br>Baltimore, MD 21202-3291 | La Marque Office<br>Child Support Office<br>530 FM 2004 Road<br>La Marque, TX 77568-2402 | Lathrop & Gage<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108-2618 |

| | | |
|---|---|---|
| Law Offices of Jeffrey M. Leving<br>19 South LaSalle Street, Suite 450<br>Chicago, IL 60603-1490 | Mansour Gavin LPA<br>1001 Lakeside Avenue<br>Suite 1400<br>Cleveland, OH 44114-1172 | Darius Miles<br>1906 Llewellyn<br>Belleville, IL 62223-7904 |
| Donald M Samson<br>Attorney<br>226 W Main St<br>Suite 102<br>Belleville, IL 62220-1504 | Donald M. Samson<br>Chapter 7 Trustee<br>226 W Main St<br>Suite 102<br>Belleville, IL 62220-1504 | St Clair County Collector<br>PO Box 23980<br>Belleville, IL 62223-0980 |
| State Disbursement Unit<br>P O Box 5400<br>Carol Stream, IL 60197-5400 | Virgil Straeter<br>R.R. 2 PO Box 435<br>Highland, IL 62249-0435 | United States Trustee<br>Becker Bldg, Room 1100<br>401 Main St<br>Peoria, IL 61602-1267 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Internal Revenue Service<br>P.O. Box 66778<br>STOP5334STL<br>Saint Louis, MO 63166 | (d)United States Treasury<br>Internl Revenue Service<br>Kansas city, MO 64999 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Burton A. Gross, Esq.<br>100 N. LaSalle Street, Suite 2400<br>Chicago, IL 60602-3512 | (d)Donneisha Jackson<br>2819 Grand Slam Dr<br>O'Fallon, MO 63366-4660 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |