# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| DARIUS MILES, | ) BK 16-30876 |
| | ) |
| Debtor(s). | ) |

## TRUSTEE'S APPLICATION TO APPROVE AGREEMENT TO PURCHASE VEHICLE

TO: HON. LAURA K. GRANDY, U. S. Bankruptcy Judge

The application of Donald M. Samson, trustee, respectfully alleges:

1. Donald M. Samson is the duly appointed and acting trustee in the above matter.
2. That among the assets in the bankruptcy is a 2011 Camaro.
3. The 2011 Camaro is currently in the possession of Overkill Custom, Inc., Sparta, Illinois and has been there for repairs since 2014. There is front end damage to the vehicle and substantial engine and body work is needed. The current charge for work on the vehicle by Overkill is $1,395.00 which does not include storage charges. Overkill's usual rate for storage is $25.00 per day.
4. That Donald M. Samson, trustee, and Overkill Custom, Inc. have entered into an Agreement to Purchase Vehicle, a copy of which is attached hereto. The Agreement provides for Donald M. Samson, trustee, to sell the 2011 Camaro to Overkill Custom, Inc. for $5,000.00 with Overkill Custom, Inc. waiving all charges for work performed on the vehicle and all potential storage and other charges. The Agreement provides further that Donald M. Samson, trustee, will provide Overkill Custom, Inc. a bill of sale and vehicle title.
5. The Agreement is subject to approval by the U.S. Bankruptcy Court.

WHEREFORE, your Trustee prays that this application be granted as set forth herein, and for such further relief as this Court deems just and equitable.

DATE: June 13, 2017

/s/ Donald M. Samson
DONALD M. SAMSON, Trustee
226 W. Main St., Ste., 102
Belleville, IL 62220
618-235-2226

<u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that on the \_\_\_\_13th\_\_\_\_ day of June, 2017, a copy of the foregoing document, Application to Approve Agreement to Purchase Vehicle, was served upon the following either electronically or by first class mail, postage prepaid:

        SEE ATTACHED MATRIX

Robert E. Eggmann, Attorney
Carmody MacDonald PC
120 S. Central Ave., Ste 1800
St. Louis, MO  63105

U.S. Trustee
Becker Bldg. Rm. 1100
401 Main St.
Peoria, IL  61602

              <u>/s/ Donald M. Samson</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| DARIUS MILES, | ) BK 16-30876 |
| | ) |
| Debtor(s). | ) |

## AGREEMENT TO PURCHASE OF VEHICLE

COMES NOW Donald M. Samson, trustee, and Overkill Custom, Inc., and enter into this Agreement as follows:

1. Donald M. Samson is the duly appointed and acting trustee in the above matter.
2. That among the assets in the bankruptcy is a 2011 Camaro.
3. The 2011 Camaro is currently in the possession of Overkill Custom, Inc., Sparta, Illinois and has been there for repairs since 2014. There is front end damage to the vehicle and substantial engine and body work is needed. The current charge for work on the vehicle by Overkill is $1,395.00 which does not include storage charges. Overkill's usual rates for storage is $25.00 per day.
4. Donald M. Samson, trustee, agrees to sell to Overkill Custom, Inc. said 2011 Camaro for $5,000.00 and Overkill Custom, Inc. agrees to waive all charges for work performed on the vehicle and for all potential storage and other charges.
5. Donald M. Samson, trustee, will provide a bill of sale and title to Overkill Custom, Inc.
6. This Agreement is subject to approval by the U.S. Bankruptcy Court.

AGREED TO

Overkill Custom, Inc.

by /s/ Shawn Martin
    Shawn Martin


Donald M. Samson, Trustee

/s/ Donald M. Samson

```
Label Matrix for local noticing        Ameren Illinois                        BV Capital LLC
0754-3                                 2105 E State Route 104                 Steven M Hamburg
Case 16-30876-lkg                      Pawnee, IL 62558-4685                  120 S Central Ave
Southern District of Illinois                                                 St Louis, MO 63105-1705
East St Louis
Tue Jun 13 14:58:18 CDT 2017

Donneisha Jackson                      Robert E Eggmann                       Steven M Hamburg
2819 Grand Slam Dr                     Carmody MacDonald PC                   Muhm and Reilly
O'Fallon, MO 63366-4660                120 S Central Ave                      120 S Central Ave
                                       Suite 1800                             Suite 1600
                                       St Louis, MO 63105-1726                St Louis, MO 63105-1798

(p)INTERNAL REVENUE SERVICE            Kerri Laing                            Kramon & Graham, P.A.
CENTRALIZED INSOLVENCY OPERATIONS      30 North LaSalle St                    Attn Catherine M Manofsky
PO BOX 7346                            Suite 3400                             One South Street
PHILADELPHIA PA 19101-7346             Chicago, IL 60602-3337                 Suite 2600
                                                                              Baltimore, MD 21202-3291

Darius Miles                           Donald M Samson                        Tasheka Franklin
1906 Llewellyn                         Attorney                               14126 Harvest Meadows Lane
Belleville, IL 62223-7904              226 W Main St                          Rosharon, TX 77583-2093
                                       Suite 102
                                       Belleville, IL 62220-1504

United States Trustee                  arthurjameeia moore
Becker Bldg, Room 1100                 847 e. 52nd st . unit 3
401 Main St                            chicago, IL 60615-3881
Peoria, IL 61602-1267
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service               End of Label Matrix
P.O. Box 66778                         Mailable recipients    13
STOP5334STL                            Bypassed recipients     0
Saint Louis, MO 63166                  Total                  13
```